> Motion (55) is **DENIED**. The Court cannot join the parties and their attorney in an obvious attempt to avoid published Sixth Circuit cases. See Doc. No. 54.
>
> *Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISON

| | |
|---|---|
| JONATHAN MOORE and BRAD TRUITT,<br><br>  Plaintiffs,<br><br>v.<br><br>CHARLES CARROLL and INTEGRATED BIOMETRIC TECHNOLOGY,<br><br>  Defendants. | Case No.: 3:23-CV-00984<br><br>Consolidated with Case No.: 3:24-cv-00630<br><br>Judge Crenshaw, Jr.<br>Magistrate Judge Holmes |
| SUSAN AMICK and MICHAEL MCALLISTER,<br><br>  Plaintiffs,<br><br>v.<br><br>CHARLES CARROLL and INTEGRATED BIOMETRIC TECHNOLOGY,<br><br>  Defendants. | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

This is the Parties' renewed Joint Motion for Approval of Settlement. Following arms-length negotiations, Plaintiffs Jonathan Moore, Brad Truitt, Susan Amick, and Michael McAllister (collectively, "Plaintiffs"), and Defendants Charles Carroll and Integrated Biometric Technology (collectively "Defendants") (together with Plaintiffs, the "Parties") have reached a settlement in the above-captioned case. The Parties respectfully request that the Court approve the proposed